# ABBOTT LAW FIRM LLC

RICHARD L. ABBOTT, ESQ.
302.489.ALAW
RICH@RICHABBOTTLAWFIRM.COM

June 4, 2020

**VIA ELECTRONIC FILING ONLY**

The Honorable Maryellen Noreika
United States District Court of Delaware
844 North King Street
Room 4324
Wilmington, DE 19801

      Re:    Doe v. University of Delaware, et al.
              U.S. Dist. Ct., D. Del. C.A. No. 1:19-cv-01963-MN

Dear Judge Noreika:

     I am writing regarding the above-captioned action, which involves a legal challenge to student discipline proceedings and sanctions that concluded in June of 2019.

     We recently received notification from the University of Delaware that the Plaintiff's request for a reduction in his suspension was denied. Therefore, the challenge to that suspension remains at issue.

     Briefing on the Defendants' Motion to Dismiss has been completed. If the Court wishes to entertain oral argument on that Motion, the Plaintiff would respectfully request that the Court so advise.

Respectfully submitted,

*/s/ Richard L. Abbott*
Richard L. Abbott

RLA:cth
File No.: 613.01

cc:    James D. Taylor, Esquire – Via E-Filing Only