# ABBOTT LAW FIRM LLC

RICHARD L. ABBOTT, ESQ.
302.489.ALAW
RICH@RICHABBOTTLAWFIRM.COM

August 31, 2020

**VIA ELECTRONIC FILING ONLY**

The Honorable Jennifer L. Hall
United States District Court of Delaware
844 North King Street, Unit 17
Wilmington, DE 19801

      Re:    Doe v. University of Delaware, et al.
              U.S. Dist. Ct., D. Del. C.A. No. 1:19-cv-01963-MN

Dear Magistrate Judge Hall:

      Please be advised that, pursuant to Your Honor's directive at Oral Argument one week ago, counsel have this date executed and filed a Stipulation of Dismissal of Certain Defendants. As a result, Defendant University of Delaware is the sole remaining Defendant in this action.

      A courtesy copy of the Stipulation is enclosed.

                                    Respectfully submitted,

                                    Richard L. Abbott

RLA:cth
Enclosure
File No.: 613.01

cc:    James D. Taylor, Esquire – Via E-Filing Only