IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOE,<br><br>　　Plaintiff,<br><br>　　v.<br><br>UNIVERSITY OF DELAWARE, BOARD OF TRUSTEES OF THE UNIVERSITY OF DELAWARE, and DANICA MYERS,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　C.A. No. 1:19-cv-1963-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### STIPULATION OF DISMISSAL OF CERTAIN DEFENDANTS

The parties, by and through their undersigned counsel, hereby agree and stipulate that Individual Defendants, members of the University of Delaware Board of Trustees and Danica Myers, are hereby dismissed from this action in light of the agreement by the remaining Defendant, University of Delaware, that all relief sought by Plaintiff in this action may be obtained through it alone. The dismissal of the Board and Myers shall not in any way impede the Plaintiff's rights pursuant to this action.

| | |
|---|---|
| /s/ *Richard L. Abbott*<br>Richard L. Abbott, Esquire (#2712)<br>ABBOTT LAW FIRM<br>724 Yorklyn Road, Suite 240<br>Hockessin, DE 19707<br>(302) 489-2529<br>rich@richabbottlawfirm.com<br>Attorneys for Plaintiff | /s/ *William E. Manning*<br>William E. Manning, Esquire (#697)<br>James D. Taylor, Jr., Esquire (#4009)<br>Jessica M. Jones, Esquire (#6246)<br>SAUL EWING ARNSTEIN & LEHR LLP<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>(302) 421-6800<br>william.manning@saul.com<br>james.taylor@saul.com<br>jessica.jones@saul.com<br>Attorneys for Defendants |
| Dated: August 31, 2020 | Dated: August 31, 2020 |