IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1963 (MN) |
| | ) |
| UNIVERSITY OF DELAWARE, | ) |
| | ) |
| Defendant. | ) |

**<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>**

At Wilmington, this 29th day of October 2020;

WHEREAS, on October 14, 2020, Magistrate Judge Jennifer L. Hall issued a Report and Recommendation (D.I. 23, "the Report") in this action, recommending that the Court grant-in-part and deny-in-part Defendants' Motion to Dismiss (D.I. 7); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record.

THEREFORE, IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED.

Defendants' Motion to Dismiss (D.I. 7) is GRANTED-IN-PART and DENIED-IN-PART.

Counts I and VI of Plaintiff's complaint are DISMISSED WITHOUT PREJUDICE. Plaintiff may file an Amended Complaint within twenty-one (21) days of the date of this order to correct the deficiencies set forth in the Report and Recommendation.

The motion is otherwise DENIED.

_____
The Honorable Maryellen Noreika
United States District Judge