# ABBOTT LAW FIRM LLC

RICHARD L. ABBOTT, ESQ.
302.489.ALAW
RICH@RICHABBOTTLAWFIRM.COM

January 4, 2021

**VIA ELECTRONIC FILING ONLY**

The Honorable Maryellen Noreika
United States District Court of Delaware
844 North King Street
Room 4324
Wilmington, DE 19801

      Re:    Doe v. University of Delaware, et al.
              U.S. Dist. Ct., D. Del. C.A. No. 1:19-cv-01963-MN

Dear Judge Noreika:

      Enclosed please find the Plaintiff's proposed Scheduling Order [Non-Patent] in the above-captioned action, which is being submitted in accordance with the Court's Oral Order entered on December 3, 2020.

      Counsel were not able to agree on a schedule, although the competing forms of order are consistent with Your Honor's standard form. <u>The main sticking point is the trial date</u>, which impacts numerous other case deadlines. Specifically, paragraphs 2, 7a), 7b), 7f).i, 9, 12, and 14 are at issue as to the dates therein.

      Plaintiff John Doe believes that it is appropriate for trial to be conducted by no later than December 2021. Defendant University of Delaware, however, believes that the trial should take place many months into the year 2022 (approximately April, 2022).

      The Plaintiff believes that a trial in December of this year is both feasible and fair. This action has been pending for 14 months. And the "record" of events in the Student Disciplinary Process is closed. Thus, the discovery needs of the parties will be limited to some perfunctory requests and expert discovery.

      The Plaintiff submits that: 1) the schedule enclosed is appropriate under the circumstances; and 2) pushing the trial date into Spring of 2022 would unnecessarily delay the ultimate conclusion of this action (whether by settlement, dispositive motion practice, or trial).

The Honorable Maryellen Noreika
United States District Court of Delaware
January 4, 2021
Page 2

Respectfully submitted,

Richard L. Abbott

RLA:cth
Enclosure
File No.: 613.01

cc:    William E. Manning, Esquire – Via E-Filing Only
        James D. Taylor, Esquire – Via E-Filing Only