# ABBOTT LAW FIRM LLC

RICHARD L. ABBOTT, ESQ.
302.489.ALAW
RICH@RICHABBOTTLAWFIRM.COM

February 10, 2021

**VIA ELECTRONIC FILING ONLY**

The Honorable Christopher J. Burke
United States District Court of Delaware
844 North King Street, Room 4209, Unit 28
Wilmington, DE 19801

      Re:    Doe v. University of Delaware, et al.
             U.S. Dist. Ct., D. Del. C.A. No. 1:19-cv-01963-MN

Dear Judge Burke:

    I am writing to respectfully request Your Honor's input on maintaining the anonymity of my client, "John Doe," in the above-captioned action at the Mediation videoconference that has been scheduled to be conducted on Tuesday, March 23, 2021 beginning at 9:00 a.m.

    I would respectfully request Your Honor's approval for my client to participate in the videoconference with his camera off and no indication of his name on a blank screen. This request is based upon the fact that my client will still be able to engage in the Mediation and any break-out sessions <u>and</u> the fact that he is proceeding under the Court-approved pseudonym of John Doe in this action.

                                    Respectfully submitted,

                                    Richard L. Abbott

RLA:cth
File No.: 613.01

cc:    William E. Manning, Esquire – Via E-Filing Only
        James D. Taylor, Esquire – Via E-Filing Only

724 YORKLYN ROAD • SUITE 240 • HOCKESSIN, DELAWARE 19707 • FAX 302.489.2535