IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:19-cv-1963-MN |
| ) | |
| UNIVERSITY OF DELAWARE, BOARD ) | |
| OF TRUSTEES OF THE UNIVERSITY OF ) | |
| DELAWARE, and DANICA MYERS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby agree and stipulate that this action shall be dismissed with prejudice, as the parties have settled the matter.

/s/ *Richard L. Abbott*
Richard L. Abbott, Esquire (#2712)
ABBOTT LAW FIRM
724 Yorklyn Road, Suite 240
Hockessin, DE 19707
(302) 489-2529
rich@richabbottlawfirm.com
Attorneys for Plaintiff

/s/ *William E. Manning*
William E. Manning, Esquire (#697)
James D. Taylor, Jr., Esquire (#4009)
Jessica M. Jones, Esquire (#6246)
SAUL EWING ARNSTEIN & LEHR LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6800
william.manning@saul.com
james.taylor@saul.com
jessica.jones@saul.com
Attorneys for Defendants

Dated: May 4, 2021

Dated: May 4, 2021

SO ORDERED this _____ day of _____, 2021.

_____
Judge Maryellen Noreika